1  Gary Logan, Esq., State Bar No. 090558
   KLEIN, DeNATALE, GOLDNER,
2     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
4  P.O. Box 11172
   Bakersfield, California 93389-1172
5  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
6  Email:  glogan@kleinlaw.com
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11 | JOHN MORALES,                         | Case No.  1:12-cv-00340-LJO-SKO
12 |             Plaintiff,                | STIPULATION TO EXTEND TIME TO
   |                                       | FILE ANSWER TO COMPLAINT;
13 |         v.                            | ORDER
14 | JAGDISH KUMAR AND RAJINDER            | Assigned to Hon. Judge Lawrence J.
   | KAUR; RICARDO SANCHEZ AND MARIA       | O'Neill
15 | SANCHEZ dba EL PESCADOR SEAFOOD       |
   | TAQUERIA,                             | Magistrate Judge Sheila K. Oberto
16 |                                       |
   |             Defendants.               |
17 |                                       | Dept:  4
   |                                       | Complaint Filed: 03/05/12
18

19     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES through their

20 respective counsel of record, that the time in which Defendants have to answer Plaintiff's

21 complaint in the above-entitled action is extended to and including, June 7, 2012.

22     The reason for the Stipulation is that the parties are actively engaged in settlement

23 negotiations and attempting to resolve the matter.

24
   Dated:  May 7, 2012                     KLEIN, DeNATALE, GOLDNER, COOPER,
25                                            ROSENLIEB & KIMBALL, LLP
26

27                                         By:  /s/ Gary Logan_____
                                               Gary Logan
28                                             Attorneys for Defendants

1 | Dated:  May 7, 2012                              MOORE LAW FIRM, P.C.

                                                    By: /s/ Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff, John Morales

**ORDER**

IT IS SO ORDERED.

   Dated:   **May 7, 2012**                          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE