Gary Logan, Esq., State Bar No. 090558
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  glogan@kleinlaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>                  Plaintiff,<br><br>        v.<br><br>JAGDISH KUMAR AND RAJINDER KAUR; RICARDO SANCHEZ AND MARIA SANCHEZ dba EL PESCADOR SEAFOOD TAQUERIA,<br><br>                  Defendants. | Case No.  1:12-cv-00340-LJO-SKO<br><br>STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT; ORDER<br><br>Assigned to Hon. Judge Lawrence J. O'Neill<br><br>Magistrate Judge Sheila K. Oberto<br><br><br>Dept:  4<br>Complaint Filed: 03/05/12 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES through their respective counsel of record, that the time in which Defendants have to answer Plaintiff's complaint in the above-entitled action is extended to and including, June 7, 2012.

The reason for the Stipulation is that the parties are actively engaged in settlement negotiations and attempting to resolve the matter.

Dated:  May 7, 2012                                     KLEIN, DeNATALE, GOLDNER, COOPER,
                                                                             ROSENLIEB & KIMBALL, LLP


                                                                        By: /s/ Gary Logan_____
                                                                             Gary Logan
                                                                             Attorneys for Defendants

1  Dated: May 7, 2012                              MOORE LAW FIRM, P.C.
2
3
                                                  By: /s/ Tanya E. Moore
4                                                     Tanya E. Moore
                                                      Attorneys for Plaintiff, John Morales
5
6
7                                           **ORDER**
8
9  IT IS SO ORDERED.
10
     Dated:   **May 7, 2012**                              **/s/ Sheila K. Oberto**
11                                                    UNITED STATES MAGISTRATE JUDGE
12