1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  John Morales

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOHN MORALES,                    )  No. 1:12-cv-00340-LJO-SKO
                                     )
12          Plaintiff,                )  **STIPULATION FOR DISMISSAL OF**
                                     )  **ACTION; ORDER**
13      vs.                           )
                                     )
14                                   )
                                     )
15  JAGDISH KUMAR, et al.,           )
                                     )
16          Defendants.               )
                                     )
17  _____    )

18

19      IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants

20  Jagdish Kumar and Rajinder Kaur, Ricardo Sanchez and Maria Sanchez dba El Pescador

21  Seafood Taqueria ("Defendants"), the parties to this action, by and through their respective

22  counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

23  action be dismissed with prejudice in its entirety.

24  Date: August 17, 2012              MOORE LAW FIRM, P.C.

25

26                                     /s/Tanya E. Moore
                                       Tanya E. Moore
27                                     Attorney for Plaintiff John Morales

28  ///

*Morales v. Kumar, et al.*
Stipulation for Dismissal of Action; Order
                            Page 1

1 | Date: August 16, 2012                    KLEIN, DENATALE, GOLDNER,
2 |                                          COOPER, ROSENLIEB & KIMBALL, LLP
3 |
4 |                                          /s/ Gary Logan
                                             Gary Logan
5 |                                          Attorneys for Defendants Jagdish Kumar,
                                             Rajinder Kaur, Ricardo Sanchez and Maria
6 |                                          Sanchez dba El Pescador Seafood Taqueria

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: August 17, 2012                       Lawrence J. O'Neill
                                             United States District Court Judge

*Morales v. Kumar, et al.*
Stipulation for Dismissal of Action; Order

Page 2