K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAGDISH KUMAR, et al.,<br><br>　　　　Defendants. | No.  1:12-cv-00340-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants Jagdish Kumar and Rajinder Kaur, Ricardo Sanchez and Maria Sanchez dba El Pescador Seafood Taqueria ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: August 17, 2012　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff John Morales

///

*Morales v. Kumar, et al.*
Stipulation for Dismissal of Action; Order

Page 1

1  Date: August 16, 2012                    KLEIN, DENATALE, GOLDNER,
                                            COOPER, ROSENLIEB & KIMBALL, LLP
2

3
                                            /s/ Gary Logan
4                                           Gary Logan
                                            Attorneys for Defendants Jagdish Kumar,
5                                           Rajinder Kaur, Ricardo Sanchez and Maria
                                            Sanchez dba El Pescador Seafood Taqueria
6

7

8

9                                   **ORDER**

10

11         The parties having so stipulated,

12         IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

13

14  **IT IS SO ORDERED**.

15

16  Dated: August 17, 2012                  Lawrence J. O'Neill
                                            United States District Court Judge
17

18

...

28

*Morales v. Kumar, et al.*
Stipulation for Dismissal of Action; Order
                                    Page 2